UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK R. GONZALEZ, III )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br> )<br>ANDREW SAUL, Commissioner of )<br>Social Security, )<br>　　　　Defendant. ) | **JUDGMENT**<br><br>No. 7:19-CV-1-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 9, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $2,350.00.

**This Judgment Filed and Entered on June 9, 2020, and Copies To:**
H. Clifton Hester　(via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

June 9, 2020　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk